

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s) Gary Tyrone Morrison

vs.

Defendant(s) New York Life Insurance Company

Case Number: 17 CV 282 GKF - MJX

**FILED**
MAY 18 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## COMPLAINT

A. Parties

1) Gary Tyrone Morrison, (Plaintiff) is a citizen of Oklahoma (State)
   who presently resides at 4338 South Garnett Road, Apt 302 74146-4250
   (mailing address if different from residence)

2) Defendant New York Life Insurance Company (Name of first defendant) is a citizen of New York, New York (City, State)
   and is employed as Life Insurance Corporation (Position and title, if any)

3) Defendant N/A (Name of second defendant) is a citizen of N/A (City, State)
   and is employed as N/A (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   Eleventh Article of U.S Constitution; Federal Question 28 U.S.C 1331 and 28 U.S.C 1332

C. Nature of Case

1) Briefly state the background of your case:
   The situation arised when I wrote New York Life Insurance Company, to give up my insurance policy for cash value but was denied recovery of benefits due to me.

D. Cause of Action

I allege the following:

1. New York Life Insurance Company was

Complaint    1    CV-05 (12/05)

fraudualent from the beginning.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I have preponderance of documentary evidence of insurance fraud perpetrated by employees acting in collaboration

2. using technology in the most unprofessional agitating way the places and time this occurred: Tulsa, Oklahoma; New York, New York; Tampa, Florida; 9A.M to 6P.M; Central;

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Eastern Times Zones "Via" phone interaction, and United States Postal delivery from August 10th 2015 to April 14th 2017 done

3. by the following individuals: Brian C. Loutrel; Cheryl Jones; Freida Gold; Jeremy Mancuso; Jerry Feinstein; Katia (last name unknown); Maria Gabor; Simone Howell; Sojourner Sancho;

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Traci D. Brown; Victor A. Verastegui a/k/a Christian Rubiani

[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]

E. Request for Relief

I believe that I am entitled to the following relief:

Full calculated validity of my insurance policy which exceeds $5million plus punitive and exemplary compensation, interest.

Gary P. Morrison
Original Signature of Plaintiff
4338 South Garnett Rd. Apt. 302
Current Address
Tulsa, Oklahoma 74146-4250
City              State    ZIP
(918) 436-4182
Telephone

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

GARY TYRONE MORRISON
(Plaintiff)

V.

NEW YORK LIFE
INSURANCE COMPANY
(Defendant)

CASE NO.

## JURY DEMAND

I PRO SE PLAINTIFF: Gary T. Morrison, HEREBY demand a trial by jury in accordance to the SEVENTH ARTICLE and amendment of the CONSTITUTION of the UNITED STATES of AMERICA and Civic Rules 5(d); 38(a);(b)(1)(2).

CLERK OF COURT

Date: May 17, 2017

_____
Signature of clerk or deputy clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Gary Tyrone Morrison
(Plaintiff)

v.

New York Life
Insurance Company
(Defendant)

CIVIL ACTION NO.

## SUMMONS IN A CIVIL ACTION

To: New York Life Insurance Company
51 Madison Avenue
New York, New York 10010

Pro Se Plaintiff
Gary T. Morrison
4338 South Garnett Rd Apt.
#302, Tulsa, OK 74146-4250

A lawsuit has been filed against you. if you fail to respond within 21 days after receiving summons judgement by default will be entered aaginst you for the relief demanded in the complaint.

CLERK OF COURT

Date: May 17, 2017

_____
Signature of Clerk or Deputy Clerk

Gary T. Morrison
4338 South Garnett Rd. Apt 302
Tulsa, Oklahoma 74146-4250


7017 0190 0001 0554 6077




U.S. POSTAGE PAID
TULSA, OK
74145
MAY 17, 17
AMOUNT
$4.75
R2304E105495-08

1000    74103

17 CV  282 GKF - MJX

Post Marked
5/17/17

**RECEIVED**

MAY 18 2017

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Clerk, United States District Court
Northern District of Oklahoma
333 West Forth Street Room 411
Tulsa, Oklahoma 74103-3819
    Official Business

D