**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GARY TYRONE MORRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-282-GKF-JFJ |
| | ) |
| NEW YORK LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

By Order dated October 19, 2017, the court deemed defendant's Motion for Judgment on the Pleadings to be confessed, and dismissed the Complaint. It is hereby ordered that plaintiff Gary Tyrone Morrison recover nothing and the action be dismissed without prejudice.

ENTERED this 19th day of October, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT